Case 2:10-cr-00282-APG-GWF   Document 112   Filed 01/16/14   Page 1 of 2



FILED / ENTERED     RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 16 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-282-PMP-(GWF) |
| ANITA MATHUR, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on July 14, 2011, that ANITA MATHUR shall pay a criminal forfeiture money judgment of $155,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 44; Order of Forfeiture, ECF No. 48.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANITA MATHUR a criminal forfeiture money judgment in the amount of $155,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3  DATED this 16th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE