Form 12 - Travel
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

---

REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES

---

Name of Offender: **Anita Mathur**

Case Number: **2:10CR00282**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **January 16, 2014**

Original Offense: **Conspiracy to Commit Wire Fraud, Mail Fraud, Bank Fraud**

Original Sentence: **1 Days prison, followed by 60 Months TSR.**

Date Supervision Commenced: **January 16, 2014**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

---

## SUMMARY

On 09/17/17, Ms. Anita Mathur submitted a travel request for India and the Maldives, from 11/22/17 to 12/15/17. Ms. Mathur intends to visit her ailing grandfather and discuss her marriage to be arranged by the family. If approved, Ms. Mathur would fly to India and the Maldives. Her family is paying the full cost of the trip.

Currently, Ms. Mathur is in compliance with her conditions of supervision. She is also paying regularly to her Court ordered financial obligations. The Probation Office respectfully requests that Ms. Mathur be permitted to travel as requested on the aforementioned dates. Ms. Mathur is aware that if the Court does not authorize her travel, she must remain in the United States until she satisfactorily completes her term of supervision.

Respectfully submitted,

*Jessica Racaza*  Jessica Racaza
2017.09.27
08:43:55 -07'00'

Jessica Racaza
United States Probation Officer

Approved:

Robert G. Aquino
2017.09.27 08:48:07
-07'00'

Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

☑ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

Signature of Judicial Officer

9/27/2017

Date